666

## ORDER

PER CURIAM.

**AND NOW,** this 26th day of April, 2010, the Petition for Allowance of Appeal is **GRANTED.** The Superior Court's Order is **REVERSED,** and Petitioner's judgment of sentence is **VACATED.** The matter is **REMANDED** to the trial court for resentencing pursuant to this Court's decision in *Commonwealth v. Haag,* 603 Pa. 46, 981 A.2d 902 (2009).

Petitioner's Motion to Consolidate Petitions for Allowance of Appeal is **DENIED.**

Justice ORIE MELVIN did not participate in the consideration or decision of this matter.

993 A.2d 873

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Jeffrey Brian POAGE, Petitioner.**

Supreme Court of Pennsylvania.

April 26, 2010.

## ORDER

PER CURIAM.

**AND NOW,** this 26th day of April, 2010, the Petition for Allowance of Appeal is **GRANTED.** The Superior Court's Order is **REVERSED,** and Petitioner's judgment of sentence is **VACATED.** The matter is **REMANDED** to the trial court

for resentencing pursuant to this Court's decision in *Commonwealth v. Haag*, 603 Pa. 46, 981 A.2d 902 (2009).

Petitioner's Motion to Consolidate Petitions for Allowance of Appeal is **DENIED.**

993 A.2d 873

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Marvin GILMORE, Petitioner.**

Supreme Court of Pennsylvania.

April 26, 2010.

### *ORDER*

PER CURIAM.

**AND NOW,** this 26th day of April, 2010, the Application for Leave to File a Response and to Supplement Petitioner's Argument, the Application for Stay, and the Petition for Allowance of Appeal are hereby **DENIED.**

993 A.2d 873

**BOARD OF REVISION OF TAXES, CITY OF PHILADELPHIA, Applicant**

v.

**CITY OF PHILADELPHIA, Respondent.**

Supreme Court of Pennsylvania.

April 27, 2010.